**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Hubert Dupigny,

                      Plaintiff,                                20 **CIVIL** 10281 (AJN)

            -against-                                       **JUDGMENT**

United States of America, et al.,
                    Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order of Dismissal dated December 11, 2020, The Court hereby dismisses this complaint without prejudice to Plaintiff's pending action under case number 20-CV-5346 (CM); accordingly, the case is closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**Dated:**  New York, New York
           December 11, 2020

                                                             **RUBY J. KRAJICK**
                                                             _____
                                                                 **Clerk of Court**
                                                 **BY:**
                                                                 **Deputy Clerk**